**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MELISSA HACKETT,**

    **Plaintiff,**

                                        **Civil Action 2:18-cv-1308**
                                        **Chief Judge Edmund A. Sargus, Jr.**
    **v.**                                    **Magistrate Judge Chelsey M. Vascura**

**BOARD OF EDUCATION OF THE**
**MARYSVILLE EXEMPTED VILLAGE**
**SCHOOL DISTRICT,**

    **Defendant.**

## ORDER

Defendant's Motion to Dismiss (ECF No. 5) is **DENIED AS MOOT AND WITHOUT PREJUDICE** to re-filing to challenge Plaintiff's Amended Complaint.

    **IT IS SO ORDERED**.

                                                         /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE